UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
In re:

Dragan Djuretic and Mila Djuretic,           Chapter 7
                                                          Case No. 1-10-43218-ess
                  Debtors.
----------------------------------------------------X

## AFFIRMATION OF DEBRA KRAMER PURSUANT TO BANKRUPTCY CODE SECTIONS 327(a), (d) AND 504, AND BANKRUPTCY RULE 2014

DEBRA KRAMER, an attorney admitted to practice in the State of New York and before this Court, affirms under penalty of perjury and states:

1. I am an attorney duly admitted to practice law before this Court and the courts of the State of New York, and am the sole member of Debra Kramer, PLLC (the "Kramer Firm"). The Kramer Firm maintains a law office at 98 Cutter Mill Road, Suite 466 South, Great Neck, New York 11021.

2. I submit this affirmation in support of the application of Debra Kramer, in her capacity as interim Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of the above-captioned debtors (the "Debtors"), for an order authorizing the Trustee to retain and employ the Kramer Firm as her attorneys in the Debtors' case, under a general retainer pursuant to sections 327(a) and (d) of title 11 of the United States Code (the "Bankruptcy Code"). Debra Kramer was appointed interim Chapter 7 Trustee of the Debtors' bankruptcy estate. The Debtors have not yet been examined at a section 341(a) meeting of creditors.

3. As set forth more fully below, to the best of my knowledge, neither I, nor the Kramer Firm, hold or represent any interest adverse to the Debtors or their estate and are disinterested persons as that term is defined in section 101(14) of the

Bankruptcy Code. In addition, to the best of my knowledge, neither the Kramer Firm nor I:

    a.    is a creditor, equity security holder or insider of the Debtors;

    b.    is or was within 2 years before the date of the filing of the petition, a director, officer or employee of the Debtors;

    c.    have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or for any other reason.

4. By reason of the foregoing, the Kramer Firm is eligible for employment and retention by the Trustee pursuant to Bankruptcy Code section 327.

5. Neither Debra Kramer nor the Kramer Firm has received any promises regarding compensation to be received by the Kramer Firm in connection with this case other than in accordance with the provisions of the Bankruptcy Code and Bankruptcy Rules.

6. Neither Debra Kramer nor the Kramer Firm has agreed to share with any entity any compensation received by the Kramer Firm in this case other than in accordance with the provisions in the Bankruptcy Code and Bankruptcy Rules.

7. The billing rate for Debra Kramer is $400.00 per hour. The billing rate for legal assistants of the Kramer Firm is $125.00 per hour.

Dated: Great Neck, New York
      July 15, 2010

                                            /s/ Debra Kramer___
                                            Debra Kramer